## PELHAM & McFARLAND *vs.* THE BANK OF THE STATE.

HELD, that, where defendants reside in different counties, writs issue to each, and each writ contains the names of all the defendants, all the writs must be quashed, on motion.